UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                    Case No. 3:23-cr-51

vs.

SCOTT J. REUTER,                         District Judge Michael J. Newman

    Defendant.

## SCHEDULING ORDER

This criminal case is before the Court for an evidentiary hearing on Defendant's motion to suppress on August 30, 2023. The Government has filed a notice and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **November 8, 2023**. Doc. No. 17.

Based on the Government's proposed scheduling order, the Court sets the following schedule in this case:

| Rule 16 discovery deadline: | **September 1, 2023**[1] |
|---|---|
| Motion filing deadline: | **October 6, 2023** |
| Status report deadline: | **October 23, 2023** |
| Jury trial: | **November 6, 2023 at 9:30 a.m.** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

Counsel for both sides are **ADVISED** that, if Defendant wishes to change his or her plea (*i.e.*, plead guilty) in the future, the parties shall file the joint motion attached as an appendix to

---

[1] The Government has advised the Court that discovery was provided to defense counsel on this proposed date. *See* Doc. No. 17.

this scheduling order.  Pursuant to Fed. R. Crim. P. 11, the Court shall not participate in plea negotiations and takes no position on whether a defendant changes his or her plea.  *See* Fed. R. Crim. P. 11(c)(1).

    **IT IS SO ORDERED.**

<u>September 18, 2023</u>　　　　　　　　　　　<u>s/Michael J. Newman</u>
                                                            Hon. Michael J. Newman
                                                            United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

[DEFENDANT], *et al.*,

    Defendants.

Case No.

District Judge Michael J. Newman

## JOINT MOTION FOR DEFENDANT TO CHANGE PLEA

The parties hereby jointly move this Court to permit the Defendant to change his or her plea in the above-captioned case.

*/s/ [Government Attorney Name]*
[Attorney Name] ([Bar Number])
Assistant United States Attorney
200 West Second Street
Dayton, OH 45402
Telephone: [insert phone number]
Email: [insert email address]
*Attorney for Plaintiff*

*/s/ [Defendant Attorney Name]*
[Attorney Name] ([Bar Number])
[Insert Firm Name]
[Insert Address]
[Insert City, State Zip Code]
Telephone: [insert phone number]
Email: [insert email address]
*Attorney for Defendant*