UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                               Case No. 3:23-cr-51

vs.

SCOTT J. REUTER,                      District Judge Michael J. Newman
                                          Magistrate Judge Caroline H. Gentry

      Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 28); AND (2) GRANTING THE JOINT MOTION FOR A CHANGE OF PLEA HEARING (Doc. No. 21)**

---

This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Scott J. Reuter's guilty plea. Doc. No. 28. There being no objections, the Court **ADOPTS** the report and recommendation in full. The Court accepts Defendant's plea of guilty to count 1 of the superseding indictment currently pending against him and finds him guilty as charged of knowingly possessing a firearm that had was in and affecting commerce and been shipped and transported in interstate and foreign commerce after previously being convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). *See* Doc. Nos. 2, 28. The Court also **GRANTS** the parties' joint motion for a change of plea hearing (Doc. No. 21). The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

 May 13, 2024                              s/Michael J. Newman
                                          Hon. Michael J. Newman
                                          United States District Judge